**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00327-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAIME LEDEZMA-CASTILLO,
   a/k/a Lalo Hernandez,
   a/k/a Isidro Miramontes-Rames,
   a/k/a Isabel,

    Defendant.

---

**ORDER VACATING TRIAL DATES AND
ORDER TO CALL TO SET CHANGE OF PLEA HEARING**

---

In response to the Notice of Disposition (Doc. # 12) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for September 18, 2009 and the five-day jury trial set to commence on September 28, 2009 are VACATED. It is

FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) no later than September 1, 2009 to set this matter for a Change of Plea Hearing.

    DATED: August   27  , 2009

                                    BY THE COURT:

                                    */s/ Christine M. Arguello*
                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge