**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00327-CMA

UNITED STATES OF AMERICA,

 Plaintiff,

v.

JAIME LEDEZMA-CASTILLO,
 a/k/a Lalo Hernandez,
 a/k/a Isidro Miramontes-Rames,
 a/k/a Isabel,

 Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

 This matter is before the Court *sua sponte*. Because a conflict has arisen on this Court's calendar, the January 22, 2010 Sentencing in this matter is CONTINUED to **February 19, 2010 at 10:00 a.m.**

 DATED: January 21, 2010