**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 09-cr-00327-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAIME LEDEZMA-CASTILLO,
   a/k/a Lalo Hernandez,
   a/k/a Isidro Miramontes-Rames,
   a/k/a Isabel,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    Pursuant to a telephone conference between counsel and Chambers staff, the Sentencing of Defendant Ledezma-Castillo is RESET to **April 23, 2010 at 3:30 p.m.**

    DATED: April 13, 2010